**FILED**

AUG 2 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

      Plaintiff,

v.

*Jeffrey T. Bailly*

      Defendant,
_____/

No. 3-05-70616 EMC

INITIAL ORDER FOR
REIMBURSEMENT OF COST OF
COURT-APPOINTED COUNSEL

    *Jeffrey T. Bailly*, is a defendant in this criminal matter. The Court has found defendant eligible for appointment of counsel under the Criminal Justice Act, and has further found that defendant has sufficient assets to make partial payment for the representation.

    It is therefore ORDERED that defendant shall reimburse the United States District Court for the Northern District of California for the cost of court-appointed counsel as set forth herein.

1  It is further ORDERED that defendant shall pay an initial
2  assessment of $ _250.00_. An additional assessment may be made at
3  the conclusion of the case. The initial assessment shall be
4  paid as follows:
5  ☒ 1. In a lump sum for the entire initial assessment
6      no later than _September 23, 2005_
7  ☐ 2. The entire initial assessment in _____ equal
8      installments.
9  ☐ 3. In monthly payments of $_____ until the entire
10     initial assessment has been reimbursed.
11 ☐ 4. Other _____
12     _____.

16 IT IS SO ORDERED.

18 DATED: _26 Aug 05_

                                  /s/ Bernard Zimmerman
                                  UNITED STATES MAGISTRATE JUDGE

G:\BZALL\FORMS\FEES2NSI.WPD